**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| DMAC81, LLC, | ) | Case No. 1:19-cv-03023-MLB |
| | ) | |
| Plaintiff, | ) | Michael L Brown |
| | ) | United States District Judge |
| v. | ) | |
| | ) | |
| AMOCO INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that any and all claims and counterclaims that were asserted, or could have been asserted, by or against Plaintiff DMAC81, LLC and Amco Insurance Company in this action are hereby dismissed with prejudice. Each party will bear its own costs and fees.

1

Respectfully submitted this 7th day of January, 2020.

SWIFT CURRIE MCGHEE & HIERS LLP

By: /s/ Lee Clayton
      Lee Clayton
      Georgia State Bar No. 601004
      Melissa K. Kahren
      Georgia Bar No. 527406
      1355 Peachtree Street, NE, Ste 300
      Atlanta, GA 30309-3231
      Tel:  (404) 874-880
      Fax: (404) 888-6199
      lee.clayton@swiftcurrie.com
      melissa.kahren@swiftcurrie.com

      ***Counsel for Defendant***

BRADLEY ARANT BOULT CUMMINGS LLP

By: /s/ A. Michelle Canter
      A. Michelle Canter
      Georgia Bar No. 108097
      4720 Peachtree Industrial Blvd.
      Suite 106
      Norcross, GA  30071
      Tel: (205) 521-8650
      Fax: (866) 488-6650
      mcanter@bradley.com

      ***Counsel for Plaintiff***

4199789v.1